**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON GROSSINGER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-4700** |
| | : | |
| **GODADDY.COM, LLC,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 13th day of August, 2026, upon consideration of Plaintiff Brandon Grossinger's Applications to Proceed *In Forma Pauperis* (ECF Nos. 5, 6, 11), it is **ORDERED** that:

1. The Applications are **GRANTED**.

2. The Clerk of Court is **DIRECTED** to change Grossinger's email address to brandon.grossinger.court@gmail.com for this case as well as:

   a. Grossinger v. Lichty, No. 25-2510.

   b. Grossinger v. Google LLC, No. 26-2039.

   c. Grossinger v. Pennsylvania Department of Transportation, No. 26-2353.

   d. Grossinger v. Apria Healthcare LLC, No. 26-2601.

   e. Grossinger v. Apple, Inc., No. 26-4702.

   f. Grossinger v. Anthropic, PBC, No. 26-4705.

   g. Grossinger v. International Business Machines Corp., No. 26-4789.

   h. Grossinger v. Google LLC, No. 26-4820.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C. J.**